1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:   (619) 234-8467
4  Facsimile:   (619) 687-2666
   Email:       David_Peterson@fd.org
5
6  Attorneys for Defendant
7
8                      UNITED STATES DISTRICT COURT
9                     SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | ) CASE NO. 08MJ8471 |
11 |            Plaintiff,      | )                    |
12 | v.                         | )                    |
   |                            | ) **NOTICE OF APPEARANCE** |
13 | PEDRO ALCAZAR,             | )                    |
14 |            Defendant.      | )                    |
15

16         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
17 David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
18 in the above-captioned case.

19                                          Respectfully submitted,
20
21 Dated: June 3, 2008                      */s/ DAVID M. C. PETERSON*
                                            DAVID M.C. PETERSON
22                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
23                                          David_Peterson@fd.org
24
25
26
27
28

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

**U S Attorney CR**
U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

Dated:  June 3, 2008              /s/ DAVID M. C. PETERSON
                                  DAVID M.C. PETERSON
                                  Federal Defenders of San Diego, Inc.
                                  225 Broadway, Suite 900
                                  San Diego, CA  92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                  David_Peterson@fd.org (email)