FILED
JUN 2 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2087-JM |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| PEDRO ALCAZAR, | ) Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) |

The United States Attorney charges:

### Count 1

On or about ___1997___, within the Southern District of California, defendant PEDRO ALCAZAR, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the felony offense of illegal entry, as evidenced by his conviction on September 21, 2006, for Illegal Reentry After Deportation, in violation of Title 8, United States Code, Section 1326, in the United States District Court for the Northern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

JPME:lg:San Diego
6/23/08

<u>Count 2</u>

On or about May 24, 2008, within the Southern District of California, defendant PEDRO ALCAZAR, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the felony offense of illegal entry, as evidenced by his conviction on September 21, 2006, for Illegal Reentry After Deportation, in violation of Title 8, United States Code, Section 1326, in the United States District Court for the Northern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 23, 2008  .

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney