AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

Pedro Alcazar

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2087-JM

I, __Pedro Alcazar__, the above named defendant, who is accused of

Title 8 USC § 1325 Felony
Title 8 USC § 1325 Felony

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/23/08__ _Date_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
JUN 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X _Pedro Alcazar_
_Defendant_

_____
_Counsel for Defendant_

Before _____
_Judicial Officer_