# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) CASE NUMBER _O8CR 2087_

.vs ) ABSTRACT OF ORDER

PEDRO AICAZAR ) Booking No. _62129·080_

)

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of_____8/8/08_____

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond). ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

____✓____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

____✓____ Other._Dft to remain in custody in Case # 08cr2576_

_____
**LOUISA S. PORTER**
UNITED STATES MAGISTRATE JUDGE

OR

Received_____
DUSM

by _____ Deputy Clerk

Crim-9  (Rev 6-95)

★ U.S. GPO: 1998-783-398/40151

**CLERKS' COPY**

R. F. MESSIG