## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   Pedro Alcazar                                    No.   08cr2087-L

HON.   Louisa S. Porter              Tape No.   POR08-1:10:44-10:50

Asst. U.S. Attorney   Matthew Gardner          PTSO   Cynthia Ornelas

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Devon Burstein, FD | ___ Apt | ___ Ret | for | Alcazar | (1) | (C) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt for Material Witness(es) |  |  |  |  |  |

PROCEEDINGS:         _____ In Chambers   X In Court   _____ By Telephone

- Government's oral motion to dismiss this case only as to defendant Pedro Alcazar
  without prejudice - Granted.
- Case 08cr2087-L dismissed as to defendant Pedro Alcazar without prejudice.
- Abstract issued to USM.

Date      08/08/2008                          R. F. Messig
                                              Deputy's Initials